UNITED STATES of America,
Plaintiff—Appellee,

v.

Danny EYNON, Defendant—Appellant.

No. 03–30560.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

Thomas O. Rice, Esq., USSP—Office of
the U.S. Attorney, Spokane, WA, for
Plaintiff–Appellee.

Francesca D'Angelo, Esq., Seattle, WA,
for Defendant–Appellant.

Before REINHARDT, RYMER and
HAWKINS, Circuit Judges.

MEMORANDUM **

Danny Eynon appeals his 188–month
sentence imposed following a guilty plea
conviction for two counts of distribution of
more than five grams of actual metham-
phetamine, in violation of 21 U.S.C.
§ 841(a)(1). We have jurisdiction pursu-
ant to 28 U.S.C. § 1291.

Because appellant was sentenced under
the then-mandatory Sentencing Guidelines,
and we cannot reliably determine from the
record whether the sentence imposed
would have been materially different had
the district court known that the Guide-
lines were advisory, we remand to the
sentencing court for further proceedings
consistent with *United States v. Ameline*,
409 F.3d 1073, 1084–85 (9th Cir.2005) (en

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.

banc). *See United States v. Hermoso–Garcia*, 413 F.3d 1085, 1089–90 (9th Cir. 2005).

SENTENCE REMANDED.